AUSA Jonathan Shih (312) 353-5361

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 23 CR 299 |
| v. ) | |
| ) | Magistrate Judge Gabriel A. |
| PHILLIP GALLES ) | Fuentes |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, DARRYL WILLIAMS, personally appearing before United States Magistrate Judge Gabriel A. Fuentes and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that PHILLIP GALLES has been charged by complaint in the District of New Jersey with the following criminal offense: wire fraud, in violation of 18 U.S.C. §§ 1343 and 2.

A copy of the complaint is attached. A copy of the arrest warrant also is attached.

DARRYL WILLIAMS
Postal Inspector
U.S. Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 11th day of May, 2023.

Gabriel A. Fuentes
United States Magistrate Judge

*Lies to Regulator*

24. Despite the conduct and representations described above, in approximately seven quarterly reports filed with the National Futures Association ("NFA")—a self-regulatory organization for the United States derivatives industry—Tyche claimed that it did not possess any assets under management.

25. Moreover, on or about April 3, 2023, GALLES falsely told the NFA on a telephone call that Tyche did not have any outside customers, and that neither he nor anyone else at Tyche were soliciting customers.

8